UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DOREEN CUDNIK | : | CASE NO.  1:19-CV-82 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs.<br>CVS PHARMACY, INC A/K/A CAREMARK PHC, LLC A/K/A CVS PHARMACY #6123, et al., | :<br>:<br>: | **CORPORATE DISCLOSURE STATEMENT OF CVS PHARMACY, INC. AND CVS HEALTH CORPORATION** |
| Defendants. | : | |
| | : | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any nongovernmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a Complaint, Answer, Motion, Response or other pleadings in this court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

CVS Pharmacy, Inc. and CVS Health Corporation

_____

**As to CVS Pharmacy, Inc.:**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

__X__ YES ____ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

CVS Health Corporation is the parent company of CVS Pharmacy, Inc.  The subsidiary entities of CVS Pharmacy, Inc. are: Minute Clinic, LLC; Caremark, Rx, LLC; CVS/pharmacy retail subsidiaries, including Ohio CVS Stores, LLC; CVS International, LLC; and CVS/pharmacy distribution center entities.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?

\_\_\_ YES \_X\_ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

N/A_____

**As to CVS Health Corporation:**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

\_\_X\_\_ YES \_\_\_\_ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

CVS Health Corporation has no parent corporation.  The subsidiary entities of CVS Pharmacy, Inc. are: CVS Pharmacy, Inc.; Minute Clinic, LLC; Caremark, Rx, LLC; CVS/pharmacy retail subsidiaries, including Ohio CVS Stores, LLC; CVS International, LLC; and CVS/pharmacy distribution center entities.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?

___ YES _X_ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

N/A_____

        Respectfully submitted,
        REMINGER CO., LPA

        /s/ Carrie M. Starts
        Carrie M. Starts, Esq. (0083922)
        525 Vine St., Suite 1700
        Cincinnati, OH 45202
        Tel: 513-721-1311; Fax: 513-721-2553
        cstarts@reminger.com
        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing has been electronically filed this 21st day of February, 2019 through the Court's CM/ECF system.  Notice of filing will be automatically sent to all counsel (and their designees) who have entered their appearance of record and who are registered with this Court's CM/ECF system.  Such notice constitutes service by rule. In addition, I also hereby certify that the foregoing will be served electronically (via e-mail) to all other parties or counsel of record who will not receive notice of this filing through the CM/ECF system.

        /s/ Carrie M. Starts
        Carrie M. Starts, Esq. (0083922)